IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>INFOR, INC.,<br><br>Defendant. | Civil Action No. 3:17-cv-02120-N |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF ALL CLAIMS BY UNILOC AGAINST INFOR, INC.**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant, Infor, Inc. ("Infor"), stipulate:

1. All claims by Uniloc against Infor are dismissed without prejudice.

2. Uniloc and Infor shall each bear its own attorney's fees, expenses, and costs.

3. All other relief requested between Uniloc and Infor should be denied without prejudice, as moot.

2805902.v1

Date: October 10, 2017    Respectfully submitted,

*/s/ James J. Foster*
James J. Foster (Pro Hac Vice)
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: jfoster@princelobel.com

Brent N. Bumgardner
Texas State Bar No. 00795272
brent@nelbum.com
Christopher G. Granaghan
Texas State Bar No. 24078585
chris@nelbum.com
**NELSON BUMGARDNER PC**
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
Fax: (817) 377-3485

**ATTORNEYS FOR THE PLAINTIFFS**

*/s/ Paul Torchia*
Paul Torchia (Pro Hac Vice)
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Telephone: (212)351-4000
Facsimile: (212) 351-4035
ptorchia@gibsondunn.com

Mark N. Reiter
(Bar No. 16759900)
Gibson Dunn & Crutcher LLP
2100 McKinney Ave, Suite 1100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
mreiter@gibsondunn.com

**ATTORNEYS FOR DEFENDANT INFOR, INC.**

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system, in accordance with the Court's Local Rules.

*/s/ James J. Foster*